# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:06CR18 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANGELA M. ALMAGUER, | ) | |
| | ) | |
| Defendant. | ) | |

___

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:06CR21 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EDWARD CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

These matters are before the court on the motion of defendant Angela M. Almaguer (Almaguer) to continue trial (Filing No. 23) and the motion of Edward Clark (Clark) to continue the hearing on the government's motion to consolidate (Filing No. 14). The government's motion to consolidate (Filing No. 12 in 8:06CR21 and Filing No. 20 in 8:06CR18) is scheduled for a hearing at 9:00 a.m. on May 19, 2006. Since the motions of both defendants set forth above are intertwined, the court will grant both motions. The hearing on the government's motion to consolidate will be rescheduled.

**IT IS ORDERED:**

1. Clark's motion to continue the consolidation hearing (Filing No. 14) is granted.
2. The government's motion to consolidate the trials of Clark and Almaguer is rescheduled **for 3:00 p.m. on June 5, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendants must be present for the hearing.

3. Almaguer's motion to continue trial (Filing No. 23) is granted.

4. The trials of both defendants are continued and will be re-set during the consolidation hearing on June 5, 2006.

DATED this 18th day of May, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge